IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN J. MURCHEK, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SBA COMMUNICATIONS )<br>CORPORATIONS trading and doing )<br>Business as SBA NETWORK SERVICES, )<br>)<br>Defendant ) | Civil Action No. 2-17-CV-00759-LPL |

## REPORT OF NEUTRAL

A <u>Mediation</u> session was held in the above captioned matter on <u>November 6, 2017</u>.

The case (please check one):
    __X__ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: November 7, 2017          /s/Louis B. Kushner____
                                        Signature of Neutral

Rev. 09/11